JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCAEVA TECHNOLOGIES, a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>YELLOW MATTER ENTERTAINMENT, LLC, a California Limited Liability Company,<br><br>Defendants. | Case No. 2:24-cv-04303-AB-AS<br><br>**JUDGMENT** |

On August 16, 2024, the Court issued the Order Granting Yellow Matter Entertainment, LLC's ("YME") Motion to Confirm Arbitration Award (Dkt. No. 12) and Denying Scaeva Technologies' Motion to Vacate Arbitration Award (Dkt. No. 13) (the "Order"). See Dkt. No. 23. The Court adopted and confirmed the February 22, 2024, Award of Arbitrator Richard Mainland, in its entirety.

Consistent with the Order, the Court hereby enters judgment against Scaeva Technologies, Inc., aka Scaeva Technologies, in favor of Yellow Matter Entertainment, LLC, in the total amount of **$4,536,314.16**, comprised of principal of $2,535,500.00, attorneys' fees of $1,774,000.17, and costs of $226,813.99. Interest shall accrue on the unpaid amount of this judgment at the annual rate of 4.28% from

the date of entry of this judgment, until this judgment is fully satisfied.

**IT IS SO ORDERED.**

Dated: December 11, 2024

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE